IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONICA E. BRINSON,<br><br>    Plaintiff,<br><br>v.<br><br>SOLVAY PHARMACEUTICALS, INC. and<br>PAUL NOTINE,<br><br>    Defendants. | CIVIL ACTION NO.<br>2:08-cv-03747-SDW-MCA |

## ORDER REMOVING CASE FROM ARBITRATION

AND NOW, on this ___1___ day of October _____, 2008, it appearing to the Court that the money damages sought in this matter exceed $150,000, it is hereby Ordered that this case shall not be referred to compulsory arbitration.

SO ORDERED.

_____
Madeline C. Arleo
United States Court Magistrate Judge

3583724v1